**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 99-20327**
**Summary Calendar**

**ELIZABETH ANN HOPSON,**

**Plaintiff-Appellant,**

**VERSUS**

**INTERNATIONAL HOUSE OF PANCAKES; MOHAMMAD AMIN,**

**Defendants-Appellees.**

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-1381)

October 6, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

In May 1998, Elizabeth Ann Hopson (Hopson) filed suit against International House of Pancakes and Mohammad Amin (Amin) alleging discrimination in employment on the grounds of gender in violation of Title VII, 46 U.S.C. § 2000(e), et seq. and 42 U.S.C. §§ 1983 and 1991. The International House of Pancakes was dismissed from this suit in August 1998 by agreement of the parties. In November 1998, defendant Amin filed his motion for summary judgment. In November 1998, the parties agreed to trial by the magistrate judge.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In January 1999, the magistrate judge granted Amin's motion for summary judgment. Hopson brings this appeal.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the magistrate judge in her Memorandum and Order filed February 1, 1999, we affirm the Final Judgment entered on February 1, 1999, which dismissed all of Hopson's claims against Amin on the merits.

**AFFIRMED**.